# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEANSIDE PIER VIEW, L.P., a California Limited Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Defendant. | CASE NO. 07CV1174 WQH (POR)<br><br>ORDER DISMISSING ACTION IN ITS ENTIRETY AND WITH PREJUDICE |

HAYES, Judge:

On May 30, 2007, Plaintiff Oceanside Pier View, L.P. filed a Complaint against Defendant Travelers Property Casualty Company of America in California State Superior Court in San Diego, California. (Doc. # 1, Ex. A at 11). On June 27, 2007, Defendant filed an answer in the State Superior Court. (Doc. # 1, Ex. A at 63). On June 28, 2007, Defendant removed the case to the United States District Court for the Southern District of California. (Doc. # 1).

On June 17, 2008, the parties filed a joint motion to dismiss this action in its entirety and with prejudice. (Doc. # 32). Good cause appearing, the joint motion to dismiss is GRANTED. (Doc. # 32). This action is hereby dismissed in its entirety and with prejudice. The Clerk of the Court is Ordered to close this case.

**IT IS SO ORDERED**.

DATED: June 19, 2008

**WILLIAM Q. HAYES**
United States District Judge